UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROL SPENCE,

      Plaintiff,

v.     Case No:   6:16-cv-2235-Orl-22DCI

CITICORP CREDIT SERVICES, INC.,

      Defendant.

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. No. 19) filed on February 3, 2017.

The United States Magistrate Judge has submitted a report recommending that the case be REMANDED for lack of subject matter jurisdiction. Specifically, Defendant has not proven by a preponderance of the evidence that the amount in controversy exceeds $75,000.00.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 3, 2017 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is hereby REMANDED to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida (Case No. 16-CA-9982-O).

3. The Court will leave pending the Motion to Compel Arbitration for the state court judge to address (Doc. No. 18).

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on February 22, 2017.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record